**STATE of Missouri, Respondent,**

v.

**Justin L. JACKSON, Appellant.**

**No. WD 61652.**

Missouri Court of Appeals,
Western District.

Sept. 2, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 30, 2003.

Application for Transfer Denied
Nov. 25, 2003.

Rosalynn Koch, Assistant Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before BRECKENRIDGE, P.J., and SMITH and HOWARD, JJ.

### Order

PER CURIAM.

Justin L. Jackson appeals from his convictions of first-degree tampering, § 569.080.1, and resisting arrest, § 575.150, after a jury trial in the Circuit Court of Buchanan County, the Honorable Patrick K. Robb presiding. Jackson raises only one point on appeal. He alleges the trial court abused its discretion by sustaining the State's objections to defense's *voir dire* questions relating to the veniremen's potential biases in favor of law enforcement officers.

Affirmed. Rule 30.25(b).